**NELSON MULLINS RILEY & SCARBOROUGH LLP**
Monee Takla Hanna (SBN 259468)
19191 South Vermont Avenue, Suite 900
Torrance, CA  90502
Telephone: 424.221.7400
Facsimile: 424.221.7499
monee.hanna@nelsonmullins.com

Brandon L. Bigelow (*pro hac vice* forthcoming)
William F. Benson (*pro hac vice* forthcoming)
One Financial Center, Suite 3500
Boston, MA 02111
Telephone: (617) 217-4700
brandon.bigelow@nelsomullins.com
william.benson@nelsomullins.com

Rachel Sternlieb (*pro hac vice* forthcoming)
1400 Wewatta Street, Suite 500
Denver, CO 80202
Telephone: (303) 583-9934
rachel.sternlieb@nelsonmullins.com

Attorneys for Plaintiff
MITSUBISHI MOTORS NORTH AMERICA, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| MITSUBISHI MOTORS NORTH AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> BAZOFT AUTOMOTIVE, LLC, f/k/a SOUTH COAST MITSUBISHI, and BAZOFT AUTOMOTIVE II, LLC, f/k/a CERRITOS MITSUBISHI, <br><br> Defendants. | Case No.: <br><br> **COMPLAINT FOR:** <br> 1) **BREACH OF CONTRACT** <br> 2) **UNFAIR COMPETITION** <br> 3) **FALSE ADVERTISING** <br> 4) **VIOLATION OF CALIFORNIA UNFAIR COMPETITION** <br> 5) **COMMON LAW TRADEMARK INFRINGEMENT AND** <br> 6) **UNFAIR COMPETITION, AND DECLARATORY RELIEF** <br><br> Complaint Filed: May 13, 2026 |

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTORNEYS AT LAW
LOS ANGELES

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTORNEYS AT LAW
LOS ANGELES

# COMPLAINT

Plaintiff Mitsubishi Motors North America, Inc. ("MMNA"), by and through its undersigned counsel, for its Complaint against defendants, Bazoft Automotive, LLC f/k/a South Coast Mitsubishi ("South Coast") and Bazoft Automotive II, LLC f/k/a Cerritos Mitsubishi ("Cerritos," and together with South Coast, the "Dealers"), alleges as follows:

## Nature of the Action

1. This is an action to prevent the confusion of customers through the abuse of famous automotive trademarks by a local dealer who has chosen to ignore its legal obligations to protect and preserve the source-identifying strength of those marks in the marketplace.

2. The Dealers signed Mitsubishi Dealer Sales and Service Agreements (the "Dealer Agreements") with MMNA promising that, in exchange for the right to sell vehicles, parts, and accessories using certain proprietary trademarks, Dealers would use certain Mitsubishi trademarks within MMNA's brand guidelines and according to MMNA's directions.

3. South Coast was authorized to operate a Mitsubishi dealership located at 2480 Harbor Blvd., Costa Mesa, CA 92626 (the "Former South Coast Dealership Location") and to use certain Mitsubishi trade names, trademarks, and trade dress exclusively at that location pursuant to a Mitsubishi Dealer Sales and Service Agreement between MMNA and South Coast dated October 27, 2023 (the "South Coast Dealer Agreement"). Following certain breaches of the South Coast Dealer Agreement by South Coast, MMNA exercised its right to terminate the Dealer Agreement with an effective date of March 16, 2026.

4. Cerritos was authorized to operate a Mitsubishi dealership located at 10944 South Street, Cerritos, CA 90703 (the "Former Cerritos Dealership Location") and to use certain Mitsubishi trade names, trademarks, and trade dress exclusively at that location pursuant to a Mitsubishi Dealer Sales and Service Agreement between

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTORNEYS AT LAW
LOS ANGELES

MMNA and Cerritos dated November 10, 2023 (the "Cerritos Dealer Agreement"). Following certain breaches of the Cerritos Dealer Agreement by Cerritos, MMNA exercised its right to terminate the Dealer Agreement with an effective date of March 16, 2026.

5. Despite the termination of the Dealer Agreements the Dealers' clear contractual obligations to de-identify the former dealership locations and remove all Mitsubishi signage, logos, and trademarks, Dealers have continued to operate their dealerships and falsely hold themselves out as authorized Mitsubishi dealers and/or Mitsubishi-branded service centers using the Mitsubishi trademarks.

6. The conduct of South Coast and Cerritos violates MMNA's long-standing intellectual property rights and misleads the public into believing they are authorized Mitsubishi dealers and/or Mitsubishi-branded service centers that can perform warranty and other repairs services when they are not in fact authorized to do so, to the detriment of customers.

7. In so doing, South Coast and Cerritos engage in unfair competition by deceptively communicating to consumers that MMNA has authorized and approved the activities of South Coast and Cerritos at the Former South Coast Dealership Location and the Former Cerritos Dealership Location, when in fact MMNA has not.

8. MMNA is being irreparably and immediately harmed by what appears to the public to be authorized Mitsubishi dealerships and/or Mitsubishi-branded service centers but which, in fact, are wholly unauthorized by MMNA. South Coast and Cerritos must stop representing that they remain authorized Mitsubishi dealers and/or Mitsubishi-branded service centers and stop using Mitsubishi trade names, trademarks, and trade dress.

9. Through this action, MMNA seeks preliminary and permanent injunctive relief to prevent further and ongoing irreparable harm, including to California consumers, and a judgment that requires the Dealers to remove all Mitsubishi signage and cease any use of the Mitsubishi name, logos, and trademarks in commerce; refrain

from interfering with vendors engaged by MMNA and authorized by the owners of the Former South Coast Dealership Location and Former Cerritos Dealership Location to enter those properties to remove all such signage; and declare Dealers in breach of their respective Dealer Agreements.

10. MMNA also seeks by this action to recover damages from Dealers for amounts that remain unpaid for Mitsubishi-branded parts and accessories ordered by Dealers and delivered by MMNA to Dealers that remain in the possession of Dealers but for which Dealers have not paid MMNA in breach of the Dealer Agreements.

## Parties

11. MMNA is a California corporation with its principal place of business at 4031 Aspen Grove Drive, Suite 650 in Franklin, Tennessee.

12. South Coast is a California limited liability company with its principal place of business in Costa Mesa, California.

13. Cerritos is a California limited liability company with its principal place of business in Cerritos, California.

14. South Coast and Cerritos are under the common ownership and control of non-party individual Gholam Abbas Baahmadi, who was identified as the Dealer Principal of each dealership under the Dealership Agreements and who, upon information and belief, is a resident of California and the managing member and majority owner of the South Coast and Cerritos dealership entities.

## Jurisdiction and Venue

15. This Court has subject matter jurisdiction over this action pursuant to: (i) 15 U.S.C. §§ 1121 and 1125(a)(1), and 28 U.S.C. §§ 1331 and 1338, as an action for violations of the Lanham Act; (ii) pursuant to 28 U.S.C. § 2201 because it involves a request for declaratory judgment in a case of actual controversy and is brought pursuant to Rule 57 of the Federal Rules of Civil Procedure to determine the respective rights and liabilities of the parties.

///

COMPLAINT OF MITSUBISHI MOTORS NORTH AMERICA, INC.

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTORNEYS AT LAW
LOS ANGELES

16. This Court has general personal jurisdiction over the Defendants due to their residence and/or business activities in this judicial district.

17. Venue is proper in this judicial district under 28 U.S.C. § 1391(b)(1) because South Coast is located in this judicial district and both South Coast and Cerritos are residents of the State of California.

## FACTS

### A. MMNA Distributes Mitsubishi Motor Vehicle, Parts, And Accessories Through Authorized Dealers In The United States.

18. MMNA is a well-known corporation that has operated in the United States since approximately 1981. MMNA distributes Mitsubishi brand motor vehicles, parts, and accessories through a network of authorized retail dealers in the United States. These dealers, in turn, sell Mitsubishi products to consumers in their areas.

19. MMNA is a licensee of Mitsubishi Jukogyo Kabushiki Kaisha (with the right to sue) of certain trademarks that it, in turn, authorizes dealers of Mitsubishi vehicles to use across the country in connection with the sale, offering for sale, distribution, and advertising of motor vehicles, parts, and accessories in the United States. These trademarks include the word mark MITSUBISHI (the "MITSUBISHI Mark"), subject of U.S. Trademark Reg. No. 0844427, and the famous three-diamond logo design mark, subject of U.S. Trademark Reg. No. 0931665 (the "Three-Diamond Logo"). The MITSUBISHI Mark and Three-Diamond Logo are collectively referred to herein as the "Mitsubishi Marks."

20. MMNA authorizes dealers, including in California, to operate dealerships to sell and provide services relating to, among other products, Mitsubishi brand motor vehicles, parts, and accessories, and to provide warranty service in connection with the limited warranty offered by MMNA on all new Mitsubishi vehicles sold in the United States, pursuant to Mitsubishi Dealer Sales and Service Agreements.

COMPLAINT OF MITSUBISHI MOTORS NORTH AMERICA, INC.

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTORNEYS AT LAW
LOS ANGELES

21. As part of these agreements, MMNA authorizes dealers to use Mitsubishi trade names, trademarks, and trade dress, including the Mitsubishi Marks, by authorizing dealers to include portions of MMNA's corporate name such as "Mitsubishi" and "Mitsubishi Motors" into the trade name used by the dealer to operate its dealership.

**B. MMNA And South Coast And MMNA And Cerritos Entered Into Mitsubishi Dealer Sales And Service Agreements Pursuant To Which Dealers Were Authorized To Display Mitsubishi Signs, Logos, And Trademarks.**

22. On October 27, 2023, MMNA and South Coast entered into the most recent Mitsubishi Dealer Sales and Service Agreement between these parties (the "South Coast Dealer Agreement"), pursuant to which South Coast was authorized to operate a car dealership selling and servicing certain Mitsubishi motor vehicles and related parts, accessories, and options exclusively at the Former South Coast Dealership Location, and to display Mitsubishi-branded signage, logos, and trademarks at that location.

23. On November 10, 2023, MMNA and Cerritos entered into the most recent Mitsubishi Dealer Sales and Service Agreement between these parties (the "Cerritos Dealer Agreement"), pursuant to which Cerritos was authorized to operate a car dealership selling and servicing certain Mitsubishi motor vehicles and related parts, accessories, and options exclusively at the Former Cerritos Dealership Location, and to display Mitsubishi-branded signage, logos, and trademarks at that location. Collectively, the South Coast Dealer Agreement and Cerritos Dealer Agreement are referred to as the "Dealer Agreements."

24. Section 8 of the Dealer Agreements provided that Dealers agreed "to be bound by and comply with each and every term" of the Dealer Agreements, as well as, among other things, the Mitsubishi Dealer Sales and Service Agreement Standard Provisions (the "Standard Provisions"), which are incorporated by reference into the Dealer Agreements.

COMPLAINT OF MITSUBISHI MOTORS NORTH AMERICA, INC.

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTORNEYS AT LAW
LOS ANGELES

25. Among other things, the Standard Provisions define certain terms in the Dealer Agreements. These defined terms include "MMNA Trademarks," which is defined in Section II.E of the Standard Provisions as "the trademarks, service marks, design marks and trade names which are used by MMNA in connection with MMNA Products, including, without limitation, the names 'Mitsubishi' and 'MMNA,' and the Mitsubishi three-diamond logo."

26. In Section IX of the Standard Provisions, Dealers acknowledged that "MMNA is the exclusive owner of, or is authorized to use and to permit [South Coast] and others to use, the MMNA Trademarks." Section IX further provides that "[d]uring the term of this Agreement, [Dealers are] granted a nonexclusive privilege of displaying and otherwise using the MMNA Trademarks in connection with and for the purpose of identifying, advertising, and selling MMNA Products; provided, however, that [Dealers] shall promptly discontinue the display and use of any such MMNA Trademarks . . . whenever requested to do so by MMNA."

27. Section IX of the Standard Provisions further provides that if a Dealer "uses the words 'Mitsubishi Motors' as part of its trade name, upon the request of MMNA or upon termination of *this Agreement* for any reason whatsoever, [Dealer] shall cease to use the words 'Mitsubishi Motors' in its trade name and shall take or cause to be taken all steps to eliminate such words therefrom. [Dealer] will do nothing to impair the value of, or contest the right of MMNA to the exclusive use of any trademark, design mark, service mark, or trade name acquired, claimed, used or adopted by MMNA."

28. Section X.F of the Standard Provisions provides that upon expiration or termination of the Dealer Agreements, Dealers agreed they would immediately:

1. Discontinue the use of the words 'Mitsubishi,' 'MMNA' and all other MMNA Trademarks, or any semblance of any of the foregoing, including without limitation, the use of all stationary and other printed material referring in any way to Mitsubishi, MMNA or *MMC*, any other manufacturer of MMNA Products, or bearing any MMNA Trademarks; and

COMPLAINT OF MITSUBISHI MOTORS NORTH AMERICA, INC.

2.  Discontinue any use of the words 'Mitsubishi,' 'MMNA' or other MMNA Trademarks, or any semblance of any of the foregoing, as part of its trade name, and file a change or discontinuance of such name with appropriate authorities; and

3.  Remove all product signs bearing any MMNA Trademarks from all Dealership Location at Dealer's sole cost and expense;

4.  Not represent itself as an Authorized MMNA Dealer; and

5.  Refrain from any action, including, without limitation, any advertising stating or implying that it is authorized to sell or distribute MMNA Products.

29.  Dealers further agreed in Section X.F of the Standard Provisions that if they failed to remove Mitsubishi signage at the Former South Coast Dealership Location or Former Cerritos Dealership Location, "MMNA shall have the right to enter upon the Dealership Premises and remove all such signs bearing any MMNA Trademarks without liability to Dealer; and Dealer agrees that it shall reimburse MMNA for any costs and expenses incurred in connection therewith, including but not limited to reasonable attorneys' fees."

30.  MMNA performed all of its obligations under the Dealer Agreements, including the obligations set forth in the Standard Provisions.

**C.  MMNA Exercises Its Right To Terminate the Dealer Agreements And Demands Dealers Cease Displaying Mitsubishi Signage And Other Use Of The Mitsubishi Marks.**

31.  By letter dated January 9, 2026, MMNA issued a written Notice of Termination informing South Coast of MMNA's intent to exercise its right to terminate the South Coast Dealer Agreement on 60 days' notice based on South Coast's material breaches of that agreement (the "South Coast NOT"). A copy of the South Coast NOT is attached as Exhibit A.

32.  The South Coast NOT advised that the South Coast Dealer Agreement would be terminated effective March 10, 2026, or 60 days from South Coast's receipt of the notice, whichever was later, and informed South Coast of its right to file a protest with the California New Motor Vehicle Board. South Coast did not timely file a protest, and the termination of the South Coast Dealer Agreement became effective

COMPLAINT OF MITSUBISHI MOTORS NORTH AMERICA, INC.

on March 16, 2026, after which South Coast was no longer an authorized Mitsubishi dealer and no longer had any license to use the Mitsubishi Marks or Mitsubishi name, logo, and trade dress.

33. As set forth in the South Coast NOT and the Standard Provisions, South Coast was required, upon termination, to cease use of the Mitsubishi Marks, remove all Mitsubishi-branded signage, and discontinue any advertising or representations holding itself out as an authorized Mitsubishi dealer.

34. By letter dated March 16, 2026, MMNA gave notice to South Coast of the effective date of the South Coast Dealer Agreement and South Coast's post-termination obligation under Section X.F of the Standard Provisions to (1) remove and destroy all signs bearing the Mitsubishi name, trademarks, and logos at the Former South Coast Dealership Location; and (2) discontinue use of the Mitsubishi name, trademarks, and logos in online advertising. A copy of the post-termination letter is attached as Exhibit B.

35. By letter dated January 9, 2026, MMNA issued a written Notice of Termination informing Cerritos of MMNA's intent to exercise its right to terminate the Cerritos Dealer Agreement on 60 days' notice based on Cerritos's material breaches of that agreement (the "Cerritos NOT"). A copy of the Cerritos NOT is attached as Exhibit C.

36. The Cerritos NOT advised Cerritos that the Cerritos Dealer Agreement would be terminated effective March 10, 2026, or 60 days from Cerritos 's receipt of the notice, whichever was later, and informed Cerritos of its right to file a protest with the California New Motor Vehicle Board. Cerritos did not timely file a protest of the termination, and the termination of the Cerritos Dealer Agreement became effective on March 16, 2026, after which Cerritos was no longer an authorized Mitsubishi dealer and no longer had any license to use the Mitsubishi Marks or Mitsubishi name, logo, and trade dress.

///

COMPLAINT OF MITSUBISHI MOTORS NORTH AMERICA, INC.

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTORNEYS AT LAW
LOS ANGELES

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTORNEYS AT LAW
LOS ANGELES

37.     As set forth in the Cerritos NOT and the Standard Provisions, Cerritos was required, upon termination, to cease use of the Mitsubishi Marks, remove all Mitsubishi-branded signage, and discontinue any advertising or representations holding itself out as an authorized Mitsubishi dealer.

38.     By letter dated March 16, 2026, MMNA gave notice to Cerritos of the effective date of the Cerritos Dealer Agreement and Cerritos's post-termination obligation under Section X.F of the Standard Provisions to (1) remove and destroy all signs bearing the Mitsubishi name, trademarks, and logos at the Former Cerritos Dealership Location; and (2) discontinue use of the Mitsubishi name, trademarks, and logos in online advertising. A copy of the post-termination letter is attached as Exhibit D.

**D.     Dealers Continue To Display Mitsubishi Signage, Logos, And Trademarks At The Former Dealership Locations After The Effective Date Of Termination.**

39.     Despite the termination of the South Coast Dealer Agreement taking effect on March 16, 2026, South Coast continued to display Mitsubishi signage and use the Mitsubishi trade names, trademarks, and trade dress, including the Mitsubishi Marks, at the Former South Coast Dealership Location under the trade name "South Coast Mitsubishi," even though it was no longer authorized to do so, and continued to perform vehicle repair services and hold itself out as an authorized Mitsubishi dealer at that location.

40.     By letter dated April 8, 2026, MMNA through counsel sent a cease-and-desist letter to South Coast demanding, among other things, that South Coast immediately cease displaying exterior signage bearing the Mitsubishi name, trademarks, and logos. A copy of this cease and desist letter is attached as Exhibit E.

41.     South Coast did not respond to this cease-and-desist letter and instead continues to display Mitsubishi signage and use the Mitsubishi names, trademarks, and trade dress, including the Mitsubishi Marks, at the Former South Coast Dealership Location under the trade name "South Coast Mitsubishi," even though it is no longer

authorized to do so, and continues to perform vehicle repair services and hold itself out as an authorized Mitsubishi dealer at that location.

42. Despite the termination of the Cerritos Dealer Agreement taking effect on March 16, 2026, Cerritos continued to display Mitsubishi signage and use the Mitsubishi trade names, trademarks, and trade dress, including the Mitsubishi Marks, at the Former Cerritos Dealership Location under the trade name "Cerritos Mitsubishi," even though it was no longer authorized to do so, and continued to perform vehicle repair services and hold itself out as an authorized Mitsubishi dealer at that location.

43. By letter dated April 8, 2026, MMNA through counsel sent a cease-and-desist letter to Cerritos demanding, among other things, that Cerritos immediately cease displaying exterior signage bearing the Mitsubishi name, trademarks, and logos. A copy of this cease and desist letter is attached as Exhibit F.

44. Cerritos did not respond to this cease-and-desist letter and instead continues to display Mitsubishi signage and use the Mitsubishi name, trademarks, and trade dress, including the Mitsubishi Marks, at the Former Cerritos Dealership Location under the trade name "Cerritos Mitsubishi," even though it is no longer authorized to do so, and continues to perform vehicle repair services and hold itself out as an authorized Mitsubishi dealer at that location.

45. The performance by Dealers of Mitsubishi-branded vehicle repair services at the Former South Coast Dealership Location and Former Cerritos Dealership Location creates a safety and economic risk to the public as customers will likely believe their vehicles are being repaired by an authorized Mitsubishi dealer, when they are not.

46. Customers arriving at the Former South Coast Dealership Location and Former Cerritos Dealership Location are not aware until they actually enter these locations that South Coast and Cerritos are not authorized to perform warranty service on Mitsubishi vehicles under the written warranty provided by MMNA, or to perform

routine maintenance service at MMNA's expense under the vehicle maintenance program offered by MMNA in connection with the sale of new Mitsubishi cars.

47.    With the Dealer Agreements having now been terminated, South Coast and Cerritos no longer have access to the latest training updates and technical service bulletins for Mitsubishi vehicles, which may lead to safety issues, ineffectual repairs, and customer dissatisfaction. South Coast and Cerritos also do not have access to MMNA's technical support line, which will likely prevent them from successfully completing more challenging repairs.

48.    Moreover, South Coast and Cerritos do not have automatic and timely access to a Mitsubishi online platform that identifies safety recalls that may be in effect for Mitsubishi vehicles.  As a result, South Coast and Cerritos may not be able to determine if any active recalls need to be performed on vehicles that customers bring in for ordinary service or maintenance. This represents a significant public hazard, potential economic waste to consumers, and creates adverse legal and reputational risk for MMNA.

49.    Accordingly, the unlawful acts of South Coast and Cerritos are intentional and willful.

**E.    Cerritos Interferes With MMNA's Lawful Attempt To Enter The Former Cerritos Dealership Location To Remove Mitsubishi Signage.**

50.    On Tuesday, May 5, 2026, MMNA arranged for a vendor to go to the Former South Coast Dealership Location and Former Cerritos Dealership Location to remove the Mitsubishi-branded signage at these locations.

51.    Prior to going to the Former Cerritos Dealership Location, MMNA contacted the owner of the property to obtain permission to enter the land to remove Mitsubishi signage at that location. The owner informed MMNA that Cerritos had not paid rent for several months and gave permission for MMNA and its vendor to enter the property to remove signage.

///

COMPLAINT OF MITSUBISHI MOTORS NORTH AMERICA, INC.

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTORNEYS AT LAW
LOS ANGELES

52. MMNA sent a regional employee to oversee the removal of Mitsubishi signage at the Cerritos location. Upon arrival of MMNA's vendor and employee at the Former Cerritos Dealership Location, however, the Cerritos service manager refused to permit MMNA and its vendor to enter the property and contacted the Cerritos Station of the Los Angeles Sheriff's Department to request the dispatch of a deputy to the Former Cerritos Dealership Location.

53. Despite MMNA's contractual post-termination right to enter the property to remove Mitsubishi signage at the Former Cerritos Dealership Location, and even though MMNA had permission from the owner to enter the land, the Cerritos service manager told the Los Angeles County Sheriff's Department deputy who responded to the call from the Cerritos manager that Cerritos had the right to control the Former Cerritos Dealership Property and owned the signs, and that Cerritos refused to permit MMNA and its vendor to enter the property.

54. The Los Angeles County Sheriff's Department deputy told MMNA that in view of the representations made by the Cerritos service manager, MMNA would need to obtain a court order to enter the land to remove the Mitsubishi signage, and directed MMNA and its vendor to leave.

55. In view of the difficulty encountered at the Former Cerritos Dealership Location, MMNA did not attempt to enter the South Coast Dealership Property and instead arranged to file the present lawsuit to enforce its contractual and statutory rights to have the Mitsubishi signage removed at the Former South Coast Dealership Location and the Former Cerritos Dealership Location.

**F.    South Coast And Cerritos Have Failed To Pay For Mitsubishi-Branded Parts And Accessories Order From And Delivered By MMNA.**

56. Under Section III.C.3 of the Standard Provisions, "MMNA will invoice Dealer for all MMNA Products other than MMNA Vehicles purchased by Dealer," and "[p]ayments for invoices shall be due by the tenth (10th) day of the month following the month in which the products covered by the invoice are delivered."

57.    South Coast submitted orders for Mitsubishi-branded parts and accessories to MMNA and MMNA timely delivered such parts and accessories to South Coast and invoiced South Coast for such parts and accessories.

58.    South Coast did not timely submit payment for the parts and accessories delivered by MMNA in accordance with the payment terms, and South Coast presently owes MMNA a total of $83,533.11 for Mitsubishi-branded parts and accessories delivered and invoiced by MMNA for which South Coast has not paid (the "South Coast Unpaid Parts and Accessories").

59.    Upon information and belief, South Coast continues to perform and sell vehicle repair services to customers at the Former South Coast Dealership Location using the South Coast Unpaid Parts and Accessories.

60.    Cerritos submitted orders for Mitsubishi-branded parts and accessories to MMNA and MMNA timely delivered such parts and accessories to Cerritos and invoiced Cerritos for such parts and accessories.

61.    Cerritos did not timely submit payment for the parts and accessories delivered by MMNA in accordance with the payment terms, and Cerritos presently owes MMNA a total of $186,158.61 for Mitsubishi-branded parts and accessories delivered and invoiced by MMNA for which Cerritos has not paid (the "Cerritos Unpaid Parts and Accessories").

62.    Upon information and belief, Cerritos continues to perform and sell vehicle repair services to customers at the Former Cerritos Dealership Location using the Cerritos Unpaid Parts and Accessories.

**COUNT I**
**BREACH OF CONTRACT (SIGNAGE)**
**(AGAINST SOUTH COAST AND CERRITOS)**

63.    MMNA repeats and realleges each and every allegation in the preceding paragraphs of this Complaint as if fully set forth herein.

64.    The South Coast Dealer Agreement constitutes a valid, enforceable contract between MMNA and South Coast.

COMPLAINT OF MITSUBISHI MOTORS NORTH AMERICA, INC.

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTORNEYS AT LAW
LOS ANGELES

65. The Cerritos Dealer Agreement constitutes a valid, enforceable contract between MMNA and Cerritos.

66. MMNA has performed all of the duties and obligations it owes to South Coast and Cerritos under their respective dealer agreements.

67. South Coast has failed to remove and destroy all Mitsubishi signage displayed at the Former South Coast Dealership Location and continues to display Mitsubishi signage and use the Mitsubishi names, trademarks, and trade dress, including the Mitsubishi Marks, at the Former South Coast Dealership Location under the trade name "South Coast Mitsubishi," even though it is no longer authorized to do so, and continues to perform vehicle repair services and hold itself out as an authorized Mitsubishi dealer at that location.

68. Cerritos has failed to remove and destroy all Mitsubishi signage displayed at the Former Cerritos Dealership Location and continues to display Mitsubishi signage and use the Mitsubishi names, trademarks, and trade dress, including the Mitsubishi Marks, at the Former Cerritos Dealership Location under the trade name "Cerritos Mitsubishi," even though it is no longer authorized to do so, and continues to perform vehicle repair services and hold itself out as an authorized Mitsubishi dealer at that location.

69. Cerritos, by and though its manager at the Former Cerritos Dealership Location, has refused to permit MMNA and its authorized vendor to enter the property to remove Mitsubishi signage at that location, and has made a false complaint to the Los Angeles County Sheriff's Office, despite the clear contractual obligation of Cerritos to permit MMNA to enter the property to remove these signs.

70. MMNA has incurred and will continue to incur damages as a result of the breaches by South Coast and Cerritos of their respective dealer agreements. In addition to the incalculable losses suffered by MMNA to its goodwill, reputation, and legitimate business interests, MMNA has incurred and will incur costs associated with

///

the vendor engaged to remove signage, as well as attorneys' fees in connection with bringing this action.

71.    MMNA also seeks specific performance of the South Coast Dealer Agreement and the Cerritos Dealer Agreement in the form of an order compelling South Coast and Cerritos to cease interfering with MMNA's right to have its authorized vendor enter the dealership locations to remove the Mitsubishi signage and to surrender such signage to MMNA in accordance with the express terms of the Dealer Agreements.

## COUNT II
## BREACH OF CONTRACT (NON-PAYMENT)
## (AGAINST SOUTH COAST AND CERRITOS)

72.    MMNA repeats and realleges each and every allegation in the preceding paragraphs of this Complaint as if fully set forth herein.

73.    The South Coast Dealer Agreement constitutes a valid, enforceable contract between MMNA and South Coast.

74.    The Cerritos Dealer Agreement constitutes a valid, enforceable contract between MMNA and Cerritos.

75.    MMNA has performed all of the duties and obligations it owes to South Coast and Cerritos under their respective dealer agreements.

76.    South Coast was obligated under the South Coast Dealer Agreement and invoice(s) delivered by MMNA for Mitsubishi-branded parts and accessories ordered by South Coast and delivered by MMNA to pay all such parts and accessories.

77.    South Coast did not timely submit payment for the parts and accessories delivered by MMNA in accordance with the payment terms, and presently owes MMNA a total of $83,533.11 for the South Coast Unpaid Parts and Accessories.

78.    Cerritos was obligated under the Cerritos Dealer Agreement and invoice(s) delivered by MMNA for Mitsubishi-branded parts and accessories ordered by Cerritos and delivered by MMNA to pay all such parts and accessories.

///

COMPLAINT OF MITSUBISHI MOTORS NORTH AMERICA, INC.

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTORNEYS AT LAW
LOS ANGELES

79. Cerritos did not timely submit payment for the parts and accessories delivered by MMNA in accordance with the payment terms, and presently owes MMNA a total of $186,158.61 for the Cerritos Unpaid Parts and Accessories.

80. MMNA has incurred and will continue to incur damages as a result of the breaches by South Coast and Cerritos of their respective dealer agreements.

**COUNT III**
**UNFAIR COMPETITION – 15 U.S.C. § 1125(a)(1)(A)**
**(AGAINST SOUTH COAST AND CERRITOS)**

81. MMNA repeats and realleges each and every allegation in the preceding paragraphs of this Counterclaim as if fully set forth herein.

82. The conduct of South Coast and Cerritos set forth herein constitutes federal unfair competition and false association/designation of origin in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a)(1)(A).

83. MMNA has operated in and throughout the United States since about 1981. MMNA's corporate name and its association with Mitsubishi brand motor vehicles and Mitsubishi brand motor vehicle parts is known and recognized by consumers throughout the United States, and MMNA's rights in and to its name are entitled to protection as a result.

84. MMNA terminated the South Coast Dealer Agreement with South Coast effective March 16, 2026.

85. MMNA terminated the Cerritos Dealer Agreement with Cerritos effective March 16, 2026.

86. Upon termination of the respective dealer agreements, South Coast and Cerritos were required to cease all use of Mitsubishi Marks, remove of all Mitsubishi signage, discontinue use of any trade names incorporating "Mitsubishi" or "Mitsubishi Motors," and refrain from holding itself out as an authorized Mitsubishi dealer.

87. After termination on March 16, 2026, both South Coast and Cerritos continue to display and otherwise use the Mitsubishi Marks, and portions of MMNA's

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTORNEYS AT LAW
LOS ANGELES

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTORNEYS AT LAW
LOS ANGELES

corporate name including "Mitsubishi" and "Mitsubishi Motors," at the Former South Coast Dealership Location and the Former Cerritos Dealership Location, when they are no longer authorized to do so

88.    Since March 16, 2026, by incorporating parts of MMNA's corporate name, and the Mitsubishi Marks, into its advertising for, and the trade names that South Coast and Cerritos use to operate at their respective former dealership location, South Coast and Cerritos have wrongfully and without authorization traded upon and taken advantage of the recognition, goodwill, and business reputation that MMNA has developed in connection with its own name over years of effort.

89.    South Coast and Cerritos are not, and since March 16, 2026 have not been, authorized to use the Mitsubishi Marks or any trade name, trade dress, or representation suggesting affiliation with or authorization by MMNA.

90.    As former licensees, South Coast's and Cerritos's continued use of the Mitsubishi Marks after termination is willful and is likely to cause, and has caused and will continue to cause, confusion, mistake, or deception as to the sponsorship, approval, or authorization of South Coast's and Cerritos's commercial activities at the Former South Coast Dealership Location and the Former Cerritos Dealership Location. As a result, consumers and others are likely to believe, incorrectly, that MMNA sponsors, approves, authorizes, or is otherwise affiliated with South Coast's and Cerritos's commercial activities at those locations, causing MMNA irreparable harm and injury.

91.    Due to the confusion as to the sponsorship or approval engendered by the activities of South Coast and Cerritos, the valuable good will and business reputation associated with MMNA is at the mercy of them.

92.    The acts and conduct of South Coast and Cerritos complained of herein constitute unfair competition in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

///

93. The unlawful actions of South Coast and Cerritos have injured and will continue to injure MMNA irreparably.

**COUNT IV**
**VIOLATION OF CALIFORNIA BUS. & PROF. CODE § 17200 *et seq.***
**(AGAINST SOUTH COAST AND CERRITOS)**

94. MMNA repeats and realleges each and every allegation in the preceding paragraphs of this Counterclaim as if fully set forth herein.

95. MMNA is the licensee of the well-known Mitsubishi name and Mitsubishi Marks, including the names "Mitsubishi" and "Mitsubishi Motors" and the Mitsubishi Three-Diamond Logo.

96. The Mitsubishi Marks are distinctive, famous, and widely recognized by consumers throughout California and the United States as identifying vehicles, parts, and services originating from or authorized by MMNA.

97. South Coast is not, and since March 16, 2026, has not been, authorized to use the Mitsubishi Marks, or any trade name, trade dress, or representation suggesting affiliation with or authorization by MMNA.

98. Despite termination of the South Coast Dealer Agreement, South Coast has continued to operate at the Former South Coast Dealership Location and is using the Mitsubishi Marks in its trade name, signage, advertising, and customer communications.

99. Cerritos is not, and since March 16, 2026, has not been, authorized to use the Mitsubishi Marks, or any trade name, trade dress, or representation suggesting affiliation with or authorization by MMNA.

100. Despite termination of the Cerritos Dealer Agreement, Cerritos has continued to operate at the Former Cerritos Dealership Location and is using the Mitsubishi Marks in its trade name, signage, advertising, and customer communications.

101. The continued use of the Mitsubishi Marks and by South Coast and Cerritos is likely to cause confusion, mistake, or deception as to the sponsorship,

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTORNEYS AT LAW
LOS ANGELES

approval, authorization, or affiliation with MMNA of the business, products, and services of South Coast and Cerritos.

102. The conduct of South Coast and Cerritos falsely represent that they remain authorized Mitsubishi dealers and service providers, when in fact they are not.

103. Upon information and belief, South Coast and Cerritos knew of MMNA's rights in the Mitsubishi Marks, as well as their lack of authorization following termination of their respective Dealer Agreements, yet they have intentionally continued such use.

104. The acts of false designation of origin complained of herein constitutes unfair competition with MMNA under the common law and statutory laws of the state of California, particularly California Business & Professions Code § 17200 et seq.

105. As a direct and proximate result of the unfair competition by South Coast and Cerritos, MMNA has suffered and will continue to suffer damage to its business, goodwill, reputation, and relationships with consumers, including irreparable harm for which there is no adequate remedy at law.

106. By reason of the actions of South Coast and Cerritos, the rights of MMNA have been violated and injured irreparably and continue to be damaged. Therefore, MMNA is entitled to monetary relief in an amount to be determined at trial.

107. MMNA will continue to suffer irreparable injury unless the unlawful conduct of South Coast and Cerritos is enjoined immediately and permanently.

**COUNT V**
**COMMON LAW TRADEMARK INFRINGEMENT**
**AND UNFAIR COMPETITION**
**(AGAINST SOUTH COAST AND CERRITOS)**

108. MMNA repeats and realleges each and every allegation in the preceding paragraphs of this Counterclaim as if fully set forth herein.

109. MMNA is authorized to enforce valid and protectable trademark and service mark rights in the Mitsubishi Marks under California common law.

20

COMPLAINT OF MITSUBISHI MOTORS NORTH AMERICA, INC.

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTORNEYS AT LAW
LOS ANGELES

110.   The Mitsubishi Marks have acquired substantial goodwill and secondary meaning and are closely associated by consumers with MMNA and authorized Mitsubishi dealerships.

111.   South Coast and Cerritos are not authorized to use the Mitsubishi Marks or Mitsubishi IP and have no license or permission to do so following termination of their respective Dealer Agreement.

112.   South Coast and Cerritos have used and continue to use identical or confusingly similar Mitsubishi Marks in commerce, including in signage, trade names, advertising, and customer interactions.

113.   The unauthorized use of the Mitsubishi Marks by South Coast and Cerritos is likely to cause confusion, mistake, or deception among consumers as to the source, sponsorship, or affiliation of the business and services of South Coast and Cerritos.

114.   Upon information and belief, South Coast and Cerritos adopted and continue their unauthorized use of the Mitsubishi Marks intentionally and in bad faith, with the purpose of trading on MMNA's goodwill and misleading consumers into believing that South Coast and Cerritos remain authorized Mitsubishi dealers.

115.   The conduct of South Coast and Cerritos constitutes trademark infringement and unfair competition under the common law of the State of California.

116.   As a direct and proximate result of the unlawful conduct of South Coast and Cerritos, MMNA has suffered and will continue to suffer harm to its goodwill, reputation, and business relationships, including irreparable harm that cannot be adequately compensated by monetary damages alone.

117.   MMNA lacks an adequate remedy at law and is entitled to injunctive relief, damages, disgorgement of profits, and all other relief available under California common law.

///

///

COMPLAINT OF MITSUBISHI MOTORS NORTH AMERICA, INC.

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTORNEYS AT LAW
LOS ANGELES

**COUNT VI**
**DECLARATORY RELIEF**
**(AGAINST SOUTH COAST AND CERRITOS)**

118. MMNA repeats and realleges each and every allegation in the preceding paragraphs of this Counterclaim as if fully set forth herein.

119. An actual, present, and justiciable controversy exists between MMNA and South Coast as well as MMNA and Cerritos regarding their obligations under their respective Dealer Agreements and Standard Provisions following termination of their Dealer Agreements, including the obligation of South Coast and Cerritos to cease all use of the Mitsubishi Marks and to discontinue holding themselves out as authorized Mitsubishi dealers.

120. The dispute between MMNA and South Coast as well as MMNA and Cerritos is substantial, definite, immediate, and concrete, and is evidenced by the parties' written correspondence, including the January 9, 2026 Notices of Termination.

121. As a result of the continued refusal to acknowledge MMNA's contractual rights by South Coast and Cerritos, MMNA faces continuing uncertainty regarding its rights and obligations under the respective Dealer Agreements relating to the Mitsubishi Marks and dealership representations.

122. To resolve the legal and factual issues presented and to afford relief from the uncertainty and controversy created by the conduct of South Coast and Cerritos, MMNA seeks and is entitled to a declaratory judgment that:

a) South Coast is obligated to comply with all post-termination provisions of the South Coast Dealer Agreement and Standard Provisions, including the immediate cessation of all use of the Mitsubishi Marks and all representations of authorization by MMNA;

b) MMNA is entitled to enter the Former South Coast Dealership Location to remove all Mitsubishi signs at that location, and South Coast must surrender possession of such signage to MMNA;

22
COMPLAINT OF MITSUBISHI MOTORS NORTH AMERICA, INC.

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTORNEYS AT LAW
LOS ANGELES

c)    Cerritos is obligated to comply with all post-termination provisions of the Cerritos Dealer Agreement and Standard Provisions, including the immediate cessation of all use of the Mitsubishi Marks and all representations of authorization by MMNA; and

d)    MMNA is entitled to enter the Former South Coast Dealership Location to remove all Mitsubishi signs at that location, and South Coast must surrender possession of such signage to MMNA.

## PRAYER FOR RELIEF

WHEREFORE, with respect to its counterclaims, MMNA prays for judgment against South Coast and Cerritos as follows:

A.    A declaratory judgment that:

    1)    South Coast and Cerritos have no continuing rights to use the Mitsubishi Marks, or any trade names, trade dress, domain names, or representations indicating authorization by or affiliation with MMNA; and

    2)    South Coast and Cerritos are obligated to comply fully with all post-termination provisions of their respective Dealer Agreements and Standard Provisions.

B.    A preliminary and permanent injunction prohibiting South Coast and Cerritos, and all persons acting in concert with them, from:

    1)    Using, displaying, reproducing, distributing, or otherwise exploiting the Mitsubishi Marks or any confusingly similar marks or trade dress in any manner or medium;

    2)    Using the names "Mitsubishi," "Mitsubishi Motors," "South Coast Mitsubishi," or "Cerritos Mitsubishi" in any trade name, advertising, signage, customer communications, domain name, website, social media account, or business representation;

COMPLAINT OF MITSUBISHI MOTORS NORTH AMERICA, INC.

3)      Holding themselves out, directly or indirectly, as authorized Mitsubishi dealers, sales outlets, service centers, warranty providers, or that South Coast or Cerritos are otherwise affiliated with or authorized by MMNA;

4)      Offering for sale, advertising, or servicing Mitsubishi vehicles in a manner suggesting authorization by MMNA.

C.      An order requiring South Coast to permit MMNA and its vendor to enter the Former South Coast Dealership Location and surrender to MMNA all signage, advertising, printed materials, digital assets, and other items bearing the Mitsubishi Marks, at the sole cost and expense of South Coast, including attorneys' fees incurred by MMNA in connection with obtaining such order for injunctive relief;

D.      An order requiring Cerritos to permit MMNA and its vendor to enter the Former Cerritos Dealership Location and surrender to MMNA all signage, advertising, printed materials, digital assets, and other items bearing the Mitsubishi Marks, at the sole cost and expense of Cerritos, including attorneys' fees incurred by MMNA in connection with obtaining such order for injunctive relief;

E.      An award of actual damages sustained by MMNA as a result of the non-payment by South Coast and Cerritos for Mitsubishi-branded parts and accessories;

F.      An award of actual damages sustained by MMNA as a result of the harm and loss of goodwill and brand reputation resulting from South Coast's conduct, which has diluted the strength of the Mitsubishi brand and confused customers;

G.      An award of actual damages sustained by MMNA as a result of the harm and loss of goodwill and brand reputation resulting from Cerritos's conduct, which has diluted the strength of the Mitsubishi brand and confused customers;

H.      An accounting of all profits wrongfully obtained by South Coast as a result of its unlawful and unfair conduct;

I.      An accounting of all profits wrongfully obtained by Cerritos as a result of its unlawful and unfair conduct;

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTORNEYS AT LAW
LOS ANGELES

COMPLAINT OF MITSUBISHI MOTORS NORTH AMERICA, INC.

J.   An award of treble damages, statutory damages, and/or enhanced damages as permitted under the Lanham Act and other applicable law;

K.   An award of MMNA's reasonable attorneys' fees, costs, and expenses pursuant to 15 U.S.C. §§ 1117(a) and (d), the Dealer Agreements, and other applicable law, including on the basis that this is an exceptional case involving willful infringement and bad-faith conduct;

L.   Pre-judgment and post-judgment interest as allowed by law; and

M.   Such other relief as the Court deems just and proper.

Dated:  May 13, 2026

Respectfully submitted,

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

*/s/ Monee Takla Hanna*
Monee Takla Hanna
ATTORNEYS FOR PLAINTIFF
MITSUBISHI MOTORS NORTH
AMERICA, INC.

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTORNEYS AT LAW
LOS ANGELES

COMPLAINT OF MITSUBISHI MOTORS NORTH AMERICA, INC.