**NELSON MULLINS RILEY & SCARBOROUGH LLP**
Monee Takla Hanna (SBN 259468)
19191 South Vermont Avenue, Suite 900
Torrance, CA  90502
Telephone: 424.221.7400
Facsimile: 424.221.7499
monee.hanna@nelsonmullins.com

Brandon L. Bigelow (Admitted *pro hac vice*)
William F. Benson (Admitted *pro hac vice*)
One Financial Center, Suite 3500
Boston, MA 02111
Telephone: (617) 217-4700
brandon.bigelow@nelsomullins.com
william.benson@nelsomullins.com

Rachel Sternlieb (Admitted *pro hac vice*)
1400 Wewatta Street, Suite 500
Denver, CO 80202
Telephone: (303) 583-9934
rachel.sternlieb@nelsonmullins.com

Attorneys for Plaintiff
MITSUBISHI MOTORS NORTH AMERICA, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

|  |  |
|---|---|
| MITSUBISHI MOTORS NORTH AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> BAZOFT AUTOMOTIVE, LLC, f/k/a SOUTH COAST MITSUBISHI, and BAZOFT AUTOMOTIVE II, LLC, f/k/a CERRITOS MITSUBISHI, <br><br> Defendants. | Case No.: 8:26-cv-01172-JVS-ADS <br><br> **STIPULATION AND JOINT REQUEST FOR ENTRY OF [PROPOSED] ORDER REGARDING PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

Nelson Mullins Riley & Scarborough LLP
Attorneys at Law
Los Angeles

1

Plaintiff, Mitsubishi Motors North America, Inc. ("MMNA"), and Defendants, Bazoft Automotive, LLC f/k/a South Coast Mitsubishi ("South Coast") and Bazoft Automotive II, LLC f/k/a Cerritos Mitsubishi ("Cerritos," and together with South Coast, the "Dealers"), hereby stipulate as follows and request the Court enter the proposed order set forth below:

1.      MMNA is a licensee of Mitsubishi Jukogyo Kabushiki Kaisha (with the right to sue) of certain trademarks that it, in turn, authorizes dealers of Mitsubishi vehicles to use across the country in connection with the sale, offering for sale, distribution, and advertising of motor vehicles, parts, and accessories in the United States. These trademarks include the word mark MITSUBISHI (the "MITSUBISHI Mark"), subject of U.S. Trademark Reg. No. 0844427, and the famous three-diamond logo design mark, subject of U.S. Trademark Reg. No. 0931665 (the "Three-Diamond Logo"). The MITSUBISHI Mark and Three-Diamond Logo are collectively referred to herein as the "Mitsubishi Marks."

2.      MMNA has a reasonable likelihood of success on the merits of its claims against Dealers based on their continued display of Mitsubishi-branded signage and other use of the Mitsubishi Marks at 2480 Harbor Blvd., Costa Mesa, CA 92626 (the "Former South Coast Dealership Location") and 10944 South Street, Cerritos, CA 90703 (the "Former Cerritos Dealership Location") after the termination of the respective Mitsubishi Dealer Sales and Service Agreements between the parties effective March 16, 2026.

3.      Dealers consent to the entry by representatives of MMNA and/or its vendor(s) onto the property located at the Former South Coast Dealership Location and the Former Cerritos Dealership Location for the purpose of removing all signage, advertising, printed materials, digital assets, and other items bearing the Mitsubishi Marks, and further agree that MMNA may take possession of and destroy such materials without any liability to Dealers or any other person, and Dealers further waive any right to a bond under Fed. R. Civ. P. 65.

2

STIPULATION AND [PROPOSED] ORDER

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTORNEYS AT LAW
LOS ANGELES

4.     MMNA is suffering and will continue to suffer irreparable harm as a result of the continued display of Mitsubishi-branded signage and other use of the Mitsubishi Marks at the Former South Coast Dealership Location and the Former Cerritos Dealership Location.

5.     The balance of the equities weighs in favor of MMNA in deciding whether to issue an order granting the injunctive relief sought by MMNA, and the public interest is served by granting the relief sought by MMNA.

Based on the foregoing findings of fact and conclusions of law, MMNA and Dealers respectfully request the Court enter an order declaring that it is hereby **ORDERED AND ADJUDGED** as follows:

1.     Dealers, and their officers, directors, employees, affiliates, successors and assigns, and all persons and entities acting on their behalf or in concert or participation with any of them, are immediately enjoined from:

a)     Using, displaying, reproducing, distributing, or otherwise exploiting the Mitsubishi Marks or any confusingly similar marks or trade dress in any manner or medium;

b)     Using the names "Mitsubishi," "Mitsubishi Motors," "South Coast Mitsubishi," or "Cerritos Mitsubishi" in any trade name, advertising, signage, customer communications, domain name, website, social media account, or business representation;

c)     Holding themselves out, directly or indirectly, as authorized Mitsubishi dealers, sales outlets, service centers, warranty providers, or that South Coast or Cerritos are otherwise affiliated with or authorized by MMNA;

d)     Offering for sale, advertising, or servicing Mitsubishi vehicles in a manner suggesting authorization by MMNA.

IT IS FURTHER ORDERED THAT because Dealers have waived any right to have MMNA post a bond as security for such relief, MMNA shall not be required to post any bond pursuant to Fed. R. Civ. P. 65 and L.R. 65, and the bond obtained by

3

3539857 [Dkt. 17] – is hereby discharged and released.

IT IS FURTHER ORDERED THAT South Coast is immediately enjoined to permit MMNA and its vendor(s) to enter the property located at 2480 Harbor Blvd., Costa Mesa, CA 92626 (the "Former South Coast Dealership Location") and surrender to MMNA all signage, advertising, printed materials, digital assets, and other items bearing the Mitsubishi Marks;

IT IS FURTHER ORDERED THAT Cerritos is immediately and preliminarily enjoined to permit MMNA and its vendor(s) to enter the property located at 10944 South Street, Cerritos, CA 90703 (the "Former Cerritos Dealership Location") and surrender to MMNA all signage, advertising, printed materials, digital assets, and other items bearing the Mitsubishi Marks;

IT IS FURTHER ORDERED THAT the show cause hearing presently scheduled for May 29, 2026 at 9:00 a.m. before the Honorable James V. Selna is hereby VACATED.

IT IS SO STIPULATED, this 28th day of May, 2026, by:

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

/s/ *Monee Takla Hanna*
Monee Takla Hanna
Attorney for Plaintiff
MITSUBISHI MOTORS NORTH AMERICA, INC.

**BAZOFT AUTOMOTIVE, LLC, f/k/a SOUTH COAST MITSUBISHI**

Name: Gholam Abbas Baahmadi
Title: Owner and Manager

and

**BAZOFT AUTOMOTIVE II, LLC, f/k/a CERRITOS MITSUBISHI**

Name: Gholam Abbas Baahmadi
Title: Owner and Manager

4

STIPULATION AND [PROPOSED] ORDER

4911-1244-7920 v.3

**IT IS SO ORDERED** in the United States District Court for the District of California on this ___ day of _____, 2026.

_____

UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER

## **SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i-), I hereby certify that all signatories have reviewed this document and concur in its content, and that all signatories authorize the filing of this document.

/s/ *Monee Takla Hanna*
Monee Takla Hanna

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTORNEYS AT LAW
LOS ANGELES

6
SIGNATURE ATTESTATION

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 28, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and I served a copy of the foregoing pleading on all counsel for all parties, via the CM/ECF system and/or mailing same by United States Mail, properly addressed, and first class postage prepaid, to all counsel of record in this matter.

/s/ *Monee Takla Hanna*

Monee Takla Hanna

CERTIFICATE OF SERVICE

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTORNEYS AT LAW
LOS ANGELES