**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

MITSUBISHI MOTORS NORTH AMERICA, INC.,

Plaintiff,

v.

BAZOFT AUTOMOTIVE, LLC, f/k/a SOUTH COAST MITSUBISHI, and BAZOFT AUTOMOTIVE II, LLC, f/k/a CERRITOS MITSUBISHI,

Defendants.

CASE NO.: 8:26-CV-01172-JVS-ADS

Hon. James V. Selna

**FINAL JUDGMENT AND PERMANENT INJUNCTION [35]**

Complaint filed: May 13, 2026

WHEREAS, on July 22, 2026, the Court entered an Order [Dkt. No. 34] granting Plaintiff, Mitsubishi Motors North America, Inc.'s ("MMNA") Application for Default Judgment [Dkt. No. 30] (the "Application") against Defendants, Bazoft Automotive, LLC f/k/a South Coast Mitsubishi ("South Coast") and Bazoft Automotive II, LLC f/k/a Cerritos Mitsubishi ("Cerritos", together with South Coast, the "Defendants").

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

1. Judgment is entered on Plaintiff MMNA's Complaint against Defendants South Coast and Cerritos on all causes of action brought against them, as follows:

   a. Judgement is entered for Plaintiff, MMNA, and against Defendants South Coast and Cerritos on the first and second causes of action for breach of contract.

   b. Judgement is entered for Plaintiff, MMNA, and against Defendants South Coast and Cerritos on the third cause of action for violations of federal unfair competition laws, 15 U.S.C. § 1125(a)(1)(A).

   c. Judgement is entered for Plaintiff, MMNA, and against Defendants South Coast and Cerritos on the fourth cause of action for violations of California unfair competition laws, Cal. Bus. & Prof. Code § 17200, *et seq*.

   d. Judgement is entered for Plaintiff, MMNA, and against Defendants South Coast and Cerritos on the fifth cause of action for common law trademark infringement and unfair competition.

   e. Judgement is entered for Plaintiff, MMNA, and against Defendants South Coast and Cerritos on the sixth cause of action for declaratory relief.

2. MMNA is awarded damages in the total amount of $284,469.91, jointly and severally, against Defendants, South Coast and Cerritos;

3. Defendants are liable to Plaintiff for post-judgment interest, which shall be calculated by using the Treasury Bill rate prevailing on the date of the entry of this Final Judgment pursuant to 28 U.S.C. § 1961.

4. Final declaratory judgment is entered in favor of MMNA and against South Coast and Cerritos as follows:

a. South Coast and Cerritos have no continuing rights to use the Mitsubishi Marks, or any trade names, trade dress, domain names, or representations indicating authorization by or affiliation with MMNA; and

b. South Coast and Cerritos are obligated to comply fully with all post-termination provisions of their respective Dealer Agreements and Standard Provisions.

5. Defendants, South Coast and Cerritos, and all persons acting in concert with them are hereby permanently enjoined, restrained, and prohibited from directly or indirectly, and shall immediately cease from:

a. Using, displaying, reproducing, distributing, or otherwise exploiting the Mitsubishi Marks or any confusingly similar marks or trade dress in any manner or medium;

b. Using the names “Mitsubishi,” “Mitsubishi Motors,” “South Coast Mitsubishi,” or “Cerritos Mitsubishi” in any trade name, advertising, signage, customer communications, domain name, website, social media account, or business representation;

c. Holding themselves out, directly or indirectly, as authorized Mitsubishi dealers, sales outlets, service centers, warranty providers, or that South Coast or Cerritos are otherwise affiliated with or authorized by MMNA;

d. Offering for sale, advertising, or servicing Mitsubishi vehicles in a manner suggesting authorization by MMNA.

6. The Court shall retain jurisdiction to enforce this Final Judgment and to award such other equitable and further relief as the Court deems just and proper.

7. There being no just reason for delay, pursuant to Rule 54(d) of the Federal Rule of Civil Procedure, the Clerk is ordered to enter this Final Judgment forthwith and without further notice.

IT IS SO ORDERED.

DATED: August 05, 2026

The Hon. James V. Selna
U.S. District Court Judge